UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ginger Smith,<br><br>            Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>            Defendant. | Court File No. 22-cv-692 (KMM/DTS)<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

Pursuant to the Stipulation of the parties (Doc. No. 22), IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

Dated: September 27, 2022

BY THE COURT:

  *s/ Katherine M. Menendez*
The Honorable Kate M. Menendez
Judge of United States District Court